EDWARD M. KENNEY, Conservator
(Estate of Alma Richter)
vs.
WALDO S. BLAKESLEE, Executor
(Estate of August A. Richter)

Superior Court       New Haven County       File #48452

Present: Hon. EARNEST SIMPSON, Judge.

F. Coeller,                      Attorney for the Plaintiff.

C. F. Bollman,                   Attorney for the Defendant.

**MEMORANDUM FILED APRIL 6, 1936.**        122 Conn. 242

SIMPSON, J.   The Plea in Abatement is sustained on the authority of **Mattoon's Appeal, 79 Conn. 86.** While this may not be in keeping, in principle, with cases permitting the joinder of parties as defendants to prevent a multiplicity of suits, it must be remembered that this is purely a statutory proceeding, and as long as the statute remains the same, the reasoning in the Mattoon case will have to be followed.

The Plea in Abatement is therefore sustained and the appeal dismissed.